# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Burl Burnett, Maceo Mayo, II,
Clorina James and Deidre Gantt,

        Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                         3:03-cv-484

Substance Abuse Prevention Services, Inc.,
And the Board of Directors of the Substance
Abuse Prevention Services, Inc.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2006 Order.

                        **Signed: September 29, 2006**

Frank G. Johns, Clerk
United States District Court